# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF KANSAS
www.ksd.uscourts.gov

TIMOTHY M. O'BRIEN
CLERK OF COURT

INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS
66101
(913) 735-2200

Wichita

February 07, 2014

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KSANSAS  67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 338-5400

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

**RECORD ON APPEAL**

District Court Case No.: 13-10111-MLB

Circuit Appeal No: 13-3329

The Record on Appeal is being transmitted via e-mail this date.  The following sets out the contents of each volume.

| | |
|---|---|
| Volume 1 | Docket Sheet, DE 1, 7, 13, 15, 21, 22, 25, 26, 30, 31, 33, Clerk's Certificate |
| Volume 2 | SEALED PLEADINGS:  Abridged Docket Sheet, DE 29, 32 |
| Volume 3 | TRANSCRIPT:  Abridged Docket Sheet, DE 42 |

Sincerely,

TIMOTHY M. O'BRIEN
CLERK OF COURT

By:  s/  A. Merseal
Deputy Clerk

cc:  Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**